AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| NBIT COMMUNICATIONS SYSTEMS, LLC, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 16-1057 |
| DPI, INC., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DPI, INC.
c/o its Registered Agent
Paul Green
900 N. 23rd Street
St. Louis, Missouri 63106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Timothy Devlin, Esquire
Devlin Law Firm LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
tdevlin@devlinlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOV 1 7 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DPI, Inc C/O Paul Green R/A
was received by me on *(date)* 11/28/16.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paul Green , who is
designated by law to accept service of process on behalf of *(name of organization)* DPI, Inc,
900 N 23rd, ST Louis MO 63106 on *(date)* 11/28/16 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/28/16

*Server's signature*

Jose Pineiro, Process Server
*Printed name and title*

1430 Washington Ave #220
ST Louis MO 63103
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

| Case: 16-1057 | Court: | County: | Job: 1124138 |
|---|---|---|---|
| Plaintiff / Petitioner: NBIT COMMUNICATIONS SYSTEMS, LLC | | Defendant / Respondent: DPI, INC | |
| Received by: MISSOURI PROCESS SERVING, LLC | | For: DEVLIN LAW FIRM | |
| To be served upon: DPI INC, REGISTERED AGENT - PAUL GREEN | | | |

I, JOSE PINEIRO, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the State where service was effected, I was authorized by law to make service of the documents and informed the said person of the contents herein.

I have served the attached documents by:
____ delivering a copy of the service documents to the Defendant.
____ leaving a copy of the service documents at the dwelling place or usual abode of the Defendant with the person identified below, who is a person over the age of 15 years.
__X__ (for service on a corporation) delivering a copy of the service documents to the person identified below.
____ Documents could not be served due to lack of contact with the subject.

SERVED IN ST LOUIS COUNTY AND IN THE STATE OF MISSOURI

**Recipient Name / Address:** DPI INC, REGISTERED AGENT - PAUL GREEN, Company: 900 N 23RD ST, ST LOUIS, MO 63106
**Manner of Service:** Registered Agent, Nov 28, 2016, 10:00 am CST
**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT FOR PATENT INFRINGEMENT, EXHIBIT 1, CIVIL COVER SHEET (Received Nov 28, 2016 at 9:00am CST)

**Additional Comments:**
1) Successful Attempt: Nov 28, 2016, 10:00 am CST at Company: 900 N 23RD ST, ST LOUIS, MO 63106 received by DPI INC, REGISTERED AGENT - PAUL GREEN. Age: 40; Ethnicity: Caucasian; Gender: Male; Weight: 160; Height: 5'6"; Hair: Black; Eyes: Brown; Other: REGISTERED AGENT, GLASSES;

*[Signature]* 11-28-16
JOSE PINEIRO                Date
IL PERC - 129,352771, MO PI LIC
201200158, KS PI LIC D-5321, ST LOUIS
PROCESS SERVER ID 555, JACKSON
COUNTY MO - PPS16-0076

MISSOURI PROCESS SERVING, LLC
1430 Washington Ave Suite 220
St Louis, MO 63103
314-825-5512

Subscribed and sworn to before me by the affiant who is personally known to me.
*[Signature]*
Notary Public
11-28-16           9-8-17
Date                Commission Expires

TONI MOTHERSHED
Notary Public - Notary Seal
State of Missouri
Commissioned for Madison County
My Commission Expires: September 08, 2017
Commission Number: 13523779